```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 09585
   DIANE B LYMON
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-7829


-----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/11/04 and confirmed on 05/28/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  14094.00 .

   4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                            PAID            PAID
-----------------------------------------------------------------------
GMAC PAYMENT CENTER        SECURED           8750.00         1229.52         8750.00
BEDFORD FAIR               UNSECURED        NOT FILED            .00             .00
BEST BUY                   UNSECURED        NOT FILED            .00             .00
BLAIR CORPORATION          UNSECURED          308.27             .00           30.83
CAPITAL ONE FINANCIAL      UNSECURED          776.97             .00           77.71
CROSSING POINTE            UNSECURED          212.63             .00           21.27
EVANS                      UNSECURED        NOT FILED            .00             .00
FIRST EXPRESS              UNSECURED        NOT FILED            .00             .00
FIRST CONSUMERS NATL BAN   UNSECURED        NOT FILED            .00             .00
FINGERHUT CREDIT ADVANTA   UNSECURED          588.34             .00           58.85
MIDNIGHT VELVET            UNSECURED        NOT FILED            .00             .00
MONROE & MAIN              UNSECURED        NOT FILED            .00             .00
CARD SERVICE CENTER        UNSECURED         2625.78             .00          262.63
ECAST SETTLEMENT CORPORA   UNSECURED         3098.07             .00          309.87
WALMART                    UNSECURED        NOT FILED            .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED         1750.53             .00          175.09
GMAC PAYMENT CENTER        UNSECURED         3126.23             .00          312.69
CAPITAL ONE FINANCIAL      UNSECURED          466.09             .00           46.62
        Summary of disbursements:

                      SECURED      PRIORITY      UNSECURED        OTHER          TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED    8750.00           .00       12952.91          .00       21702.91
PRINCIPAL PAID        8750.00           .00        1295.56          .00       10045.56
INTEREST PAID         1229.52           .00             .00         .00        1229.52
TOTAL PAID            9979.52           .00        1295.56          .00       11275.08
The Debtor's attorney, LEGAL HELPERS PC                 , was allowed $   2700.00
and was paid $    500.00  direct and $   2200.00  through the plan.

The Trustee received $     618.92 .
```

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/13/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE